IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PABLO, | No. CIV S-07-2179-LKK-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| SACRAMENTO DISTRICT COURT, et al., | |
|     Respondents. | |
| _____/ | |

      Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      The court has previously reviewed petitioner's application for leave to proceed in forma pauperis (Doc. 2), and concluded that it was deficient because petitioner had not submitted a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. The court advised petitioner that this requirement may be satisfied by having the appropriate prison official complete the certificate portion of the form application or by submitting a certified copy of

1 petitioner's prison trust account statement.  Petitioner was provided the opportunity to submit the
2 required certification or the appropriate filing fee.

3       On November 5, 2007, petitioner submitted a document entitled "Inmate Balance
4 Report – Simplified" from the Sacramento County Jail.  Petitioner did not submit the completed
5 certification portion of the court's form in forma pauperis application.  As to inmate balance
6 statement, which petitioner apparently intends to serve as a certified copy of his trust account
7 statement, the submission is not certified by any jail official.  Petitioner will be given another
8 opportunity to cure this defect.  Again, petitioner is advised that the certification requirement
9 may be satisfied <u>by having the appropriate prison official complete the certificate portion of the</u>
10 <u>form application or by submitting a certified copy of petitioner's trust account statement</u>.

11       Accordingly, IT IS HEREBY ORDERED that:

12     1.    Petitioner shall submit within 30 days of the date of this order, a
13 certification as required by Rule 3(a)(2), or the appropriate filing fee; and

14     2.    The Clerk of the Court is directed to send petitioner the court's form
15 Application to Proceed In Forma Pauperis By a Prisoner.

17 DATED:  November 30, 2007

19                                  **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE

2